## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

**IN RE:**

**CASE NO.: 23-11003-SDB**

**Hurie Lee Franklin, Jr.,**
*aka Hurie L. Franklin, Jr.,*
     **Debtor.**

**CHAPTER 13**

_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

SELENE FINANCE LP ("Movant"), who holds a secured lien on the Debtor's real property known as 1405 SPANN RD, WADLEY, GA 30477 and files this Objection to Confirmation of Debtor's Plan.

Movant anticipate to file a Proof of Claim with pre-petition arrearage in the amount of $19,173.41. The Debtor's Chapter 13 Plan proposes to pay only $15,225.44 in pre-petition arrearage owed to Movant. The arrears listed in the Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan or enter such orders that the Court deems just and proper.

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Brian Jordan
Brian Jordan, Esquire
Georgia Bar Number 113008
Email: brjordan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 24, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Matthew James Duncan
Duncan & Brow, Attorneys At Law, LLLP
3574 Riverwatch Parkway
Augusta, GA 30907

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office Of The U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Hurie Lee Franklin, Jr.
Po Box 313
Bartow, GA 30413

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Brian Jordan
Brian Jordan, Esquire
Georgia Bar Number 113008
Email: brjordan@raslg.com